492 A.2d 707

**Miriam B. DUFF, Respondent,**

**v.**

**Stewart M. DUFF, Petitioner.**

Supreme Court of Pennsylvania.

April 22, 1985.

554

Petition granted (No. 50 E.D. Appeal Docket 1985).